Justin M. Kadoura
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9600
Fax: (215) 867-6070
Email: justin.kadoura@hklaw.com

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEPTUNE VLGC POOL LTD.<br><br>Plaintiff,<br><br>-against-<br><br>ACCENTUATE TECHNOLOGY INC.<br><br>Defendant. | 2:26-cv-00368<br><br>**VERIFIED COMPLAINT** |

Plaintiff, Neptune VLGC Pool Ltd. ("Neptune" or "Plaintiff") submits this verified complaint against defendant Accentuate Technology Inc. ("Accentuate" or "Defendant"), and alleges as follows:

### THE PARTIES, JURISDICTION, AND VENUE

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333.

2. Neptune brings this action to obtain security for a maritime claim, seeking an *ex parte* order and writ of attachment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B"), over property of Defendant including but not limited to property held by one or more garnishees located in the District.

3. Plaintiff Neptune is and was the disponent owner of the vessel LPG/C SANSOVINO. At all times relevant hereto, Neptune is and was a foreign business entity organized under the laws of the Republic of the Marshall Islands, with its registered office at Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshal Islands MH 96960.

4. At all times relevant hereto, Defendant Accentuate is and was a corporation organized under the laws of Virginia. Accentuate maintains a business address at 100 N. Glebe Rd. Suite 1010, Arlington, Virginia 22201.

5. Garnishee First National Bank of Pennsylvania ("FNB" or "First National Bank")) is a domestic business entity registered in Pennsylvania with branches located in Pennsylvania, Delaware, Virginia, Maryland, North Carolina, and South Carolina.

6. Venue in this action is properly found in this Honorable Court pursuant to 28 U.S.C. § 1391(b), because, upon information and belief, Accentuate has or will soon have, personal property within this District that may be attached pursuant to Rule B, in the form of accounts located at garnishee bank FNB. FNB maintains a branch located at 5140 Perkiomen Avenue, Reading, Pennsylvania 19606.

7. This Court has *in rem* jurisdiction over the property located in the accounts because it is currently or soon to be within this judicial district in the possession of garnishees, who are located in Pennsylvania.

8. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333 because this action arises from the breach of a maritime contract, *i.e.*, a voyage charter party.

## FACTUAL BACKGROUND

9. On September 24, 2025, Neptune and Accentuate entered into a contract of affreightment ("COA") with an initial term running from November 1, 2025, through December

31, 2025, with certain options to extend, and which provided for the charter of LPG carrier vessels owned or operated by Neptune at the volume of one (1) voyage per month to carry LPG cargo. A true and correct copy of the COA is attached hereto as **Exhibit 1**.

10. On October 8, 2025, pursuant to the COA, Neptune and Accentuate entered into a voyage charter party for the charter of the SANSOVINO (the "Vessel") pursuant to a fixture recap via email (as is common in the industry) for a voyage loading in Houston on or about November 7 or 8, 2025. A true and correct copy of the fixture recap reflecting the voyage charter party is attached hereto as **Exhibit 2**.

11. The Vessel tendered her notice of readiness at Houston on November 7, 2025, but Accentuate was unable to procure cargo for loading and sought to cancel the voyage.

12. On November 8, 2025, an addendum to the fixture recap was agreed wherein the charter party would be terminated in exchange for payment of $1,857,833.36 in compensation to Neptune. The compensation was to be paid by November 11, 2025, at 18:00 UK time. A true and correct copy of addendum 1 to the fixture recap is attached hereto as **Exhibit 3**.

13. Accentuate failed to make payment pursuant to the voyage charter party addendum 1 by the required date and time, and to-date has not made payment on the amounts due.

14. The voyage charter party provides for application of English law and arbitration of the dispute in the United Kingdom in front of the London Maritime Arbitrators Association ("LMAA"). *See* Exhibit 2.

15. Plaintiff reserves the right to arbitrate the dispute. English law provides for recovery of interest, legal fees, and arbitration costs to the successful party.

16. The outstanding debt under the contract, plus interest, legal fees, and costs awarded in London arbitration are expected to total $2,100,000.

### APPLICATION FOR ISSUANCE OF *EX PARTE* RULE B ATTACHMENT AGAINST PROPERTY OF ACCENTUATE

17. Neptune seeks an order of attachment directing the seizure of tangible and intangible property of Defendant Accentuate, including but not limited to debts due and owing which are held by garnishee bank FNB, pursuant to Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Proceedings of the Federal Rules of Civil Procedure ("Rule B").

18. Defendant Accentuate is not found within the District of Pennsylvania within the meaning of Rule B, but has assets, goods, or chattels within the jurisdiction, including but not limited to property held by the garnishee bank located in Pennsylvania.

19. Specifically, during contractual negotiations, FNB advised that Accentuate has been a client of the bank since 2017 with a credit facility up to Thirty Million Dollars (USD 30,000,000), and associated account number ending -3308. A true and correct copy of the FNB letter is attached hereto as **Exhibit 4**.

20. Under Pennsylvania law, the situs of property held by a garnishee bank is located at any branch where a customer may access its accounts. Because FNB maintains bank branches within this District, Defendant's property is located and attachable pursuant to Rule B within this District.

### PRAYER FOR RELIEF

1. That process in due form of law, including but not limited to process under Rule B, according to the rules and practices of this Court in the form of a writ of maritime attachment be

issued against Defendant Accentuate Technology Inc., in the amount of $2,100,000 arising from the nonpayment of a maritime contract, and if Defendant cannot be found, then that its goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, credit facilities, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to them, is claimed by them, is being held for them or on their behalf, or which is being transferred for their benefit, within the District, namely debts owed by garnishee First National Bank, may be attached in an amount sufficient to answer Neptune's claims;

      2.    That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and

      3.    That this Court grant Plaintiff such other and further relief which it may deem just and proper.

Dated: January 21, 2026

Respectfully submitted,

By: */s/ Justin Kadoura*  
Justin M. Kadoura  
**HOLLAND & KNIGHT LLP**  
1650 Market Street, Suite 330  
Philadelphia, Pennsylvania  
Telephone: (215) 252-9600  
Fax: (215) 867-6070  
Email: justin.kadoura@hklaw.com

Marie E. Larsen (*pro hac vice* forthcoming)
**HOLLAND & KNIGHT LLP**
787 7th Avenue
New York, New York 10019
Telephone: (212) 513-3200
Fax: (212) 385-9010
Email: marie.larsen@hklaw.com

*Attorneys for Neptune VLGC Pool Ltd.*

# **VERIFICATION**

STATE OF PENNSYLVANIA          )
                                                       :ss.:
COUNTY OF PHILADELPHIA      )

I, Justin Kadoura, at Holland & Knight LLP, verify that I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge, information, and belief.  I make this declaration on behalf of, and with the authorization of, Neptune VLGC Pool Ltd. because Neptune VLGC Pool Ltd. is a foreign corporation, having no officer or director within this District.  The source of my knowledge and the grounds for my belief are the statements made by, and documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

I verify under penalty of perjury that the foregoing is true and correct.


Dated: January 21, 2026

                                                      */s/ Justin M. Kadoura*_____
                                                     Justin Kadoura