UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEPTUNE VLGC POOL LTD. | ) | CASE NO:   2:26-cv-00368 |
|  | ) | |
| Plaintiff | ) | |
| vs. | ) | |
|  | ) | |
| ACCENTUATE TECHNOLOGY, INC. | ) | |
|  | ) | |
| Defendant | ) | |
| and | ) | |
|  | ) | **TYPE OF PLEADING:** |
| FIRST NATIONAL BANK OF PENNSYLVANIA | ) | **GARNISHEE'S CONFESSION OF ASSETS** |
|  | ) | |
| Garnishee | ) | |

FILED ON BEHALF OF:

First National Bank of Pennsylvania, Garnishee

COUNSEL OF RECORD
FOR THIS PARTY:
David W. Raphael
Pa. I.D. #200598
Corporate Counsel
First National Bank of Pennsylvania
626 Washington Place – 25th Floor
Pittsburgh, PA 15219
(412) 465-9718
raphaeld@fnb-corp.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEPTUNE VLGC POOL LTD. | CASE NO:  2:26-cv-00368 |
| Plaintiff | |
| vs. | |
| ACCENTUATE TECHNOLOGY, INC. | |
| Defendant | |
| and | |
| FIRST NATIONAL BANK OF PENNSYLVANIA | |
| Garnishee | |

## GARNISHEE'S CONFESSION OF ASSETS,

AND NOW, comes First National Bank of Pennsylvania ("First National Bank"), by its attorney, David W. Raphael, and files the following Garnishee's Confession of Assets, as follows:

1. First National Bank has no deposit accounts in the name of the Defendant, Accentuate Technology, Inc.

WHEREFORE, First National Bank respectfully requests that the Garnishment be discontinued against First National Bank.

FIRST NATIONAL BANK OF PENNSYLVANIA

BY: ____/s/ David W. Raphael____
David W. Raphael
Pa. I.D. #200598
Corporate Counsel
First National Bank of Pennsylvania
626 Washington Place – 25th Floor
Pittsburgh, PA 15219
(412) 465-9718
raphaeld@fnb-corp.com

## **VERIFICATION**

I, David W. Raphael, a duly authorized representative of First National Bank of Pennsylvania, Garnishee, hereby verify that the foregoing Garnishee's Confession of Assets is true based upon my personal knowledge or information and belief. I verify under penalty of perjury that the foregoing is true and correct.

                         FIRST NATIONAL BANK OF PENNSYLVANIA

        BY:     */s/ David W. Raphael*
                        David W. Raphael
                        Pa. I.D. #200598
                        Corporate Counsel
                        First National Bank of Pennsylvania
                        626 Washington Place – 25th Floor
                        Pittsburgh, PA 15219
                        (412) 465-9718
                        raphaeld@fnb-corp.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEPTUNE VLGC POOL LTD. | ) | CASE NO:   2:26-cv-00368 |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| ACCENTUATE TECHNOLOGY, INC. | ) | |
| | ) | |
| Defendant | ) | |
| and | ) | |
| | ) | |
| FIRST NATIONAL BANK OF PENNSYLVANIA | ) | |
| | ) | |
| Garnishee | ) | |

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with Federal Rule of Civil Procedure 5.2, requiring that all personal data identifiers have been redacted or omitted from this public filing.

FIRST NATIONAL BANK OF PENNSYLVANIA

BY: ___/s/ David W. Raphael___
David W. Raphael
Pa. I.D. #200598
Corporate Counsel
First National Bank of Pennsylvania
626 Washington Place – 25th Floor
Pittsburgh, PA 15219
(412) 465-9718
raphaeld@fnb-corp.com